**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TERI LYN GUERIN,**

          **Plaintiff,**

-vs-                                                 **Case No.  6:06-cv-1626-Orl-28KRS**

**KEVIN T. BONN, D.M.D., P.A.,  KEVIN T. BONN, D.M.D.,**

          **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration after oral argument on the Parties' Joint Notice of Settlement, Motion for Approval of Settlement, and Motion to Dismiss with prejudice. Doc. No. 17.

This case was brought under the Fair Labor Standards Act (FLSA). 29 U.S.C. § 201, *et seq*. In *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." *Id*. at 1353.

On January 26, 2007, I held a hearing to consider the fairness of the settlement. Counsel stated that after the answers to the Court's interrogatories were filed, counsel for the plaintiff was able to review the time and payment records provided by the defendant. Based upon that review, the parties reached a settlement agreement, pursuant to which Plaintiff Terilyn Guerin would receive the full all of the wages to which she might have been entitled. Based upon these

representations, I conclude that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id*. at 1354.

Accordingly, I respectfully recommend that the Court approve the settlement agreement submitted with the joint stipulation, doc. no. 17-2, and dismiss the case with prejudice. I also recommend that the Court direct the Clerk to close the file after an order of dismissal is entered.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 26, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy