UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERI LYN GUERIN,

Plaintiff,

-vs-                                                                Case No. 6:06-cv-1626-Orl-28KRS

KEVIN T. BONN, D.M.D., P.A.,  KEVIN T.
BONN, D.M.D.,

Defendants.
_____

# ORDER

This case is before the Court on the Parties' Joint Notice of Settlement, Motion for

Approval of Settlement, and Motion to Dismiss with Prejudice (Doc. No. 17) filed January 11,

2007.  The United States Magistrate Judge has submitted a report recommending that the

motion be granted and the settlement approved.

After an independent *de novo* review of the record in this matter, and noting that no

objections were timely filed, the Court agrees entirely with the findings of fact and

conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as

follows:

1.    That the Report and Recommendation filed January 26, 2007 (Doc. No. 20)

is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The motion to approve the settlement and dismiss this case with prejudice is

**GRANTED**.

3.     The settlement agreement entered into by the parties and submitted with the joint stipulation at Doc. No. 17-2, is **APPROVED.**

4.     This case is dismissed with prejudice.

5.     The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 15th day of February, 2007.


JOHN ANTOON II
United States District Judge


Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party